

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00031-CV

DAVID SEMIEN, Appellant

V.

RESCAR COMPANIES, INC., Appellees

Appeal from the 128th District Court of Orange County. (Tr. Ct. No. A-130298-C).

**TO THE 128TH DISTRICT COURT OF ORANGE COUNTY, GREETINGS:**

Before this Court, on the 26th day of February, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> After due consideration, the Court **grants** the appellant's request that the appeal be dismissed.   Accordingly, the Court **dismisses** the appeal.

> The Court **orders** that costs be taxed against appellant.

> The Court **orders** that this decision be certified below for observance.

> Judgment rendered February 26, 2015.

> Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 1, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

